**ST. REGIS PAPER COMPANY, a New York corporation, Plaintiff-Appellee,**

v.

**TIMBER TRADERS, INC., a Washington corporation, Defendant-Appellant.**

**No. 26355.**

United States Court of Appeals, Ninth Circuit.

Dec. 27, 1971.

Robert W. McKisson, Jr. (argued), Wayne C. Booth, of Beresford & Booth, Seattle, Wash., for defendant-appellant.

James F. Henriot (argued), of Eisenhower, Carlson, Newlands, Reha & Sinnitt, Tacoma, Wash., for plaintiff-appellee.

Before MERRILL and DUNIWAY, Circuit Judges, and BELLONI, District Judge*.

PER CURIAM:

In this diversity case the only substantial question presented is whether the trial judge's findings of fact are clearly erroneous. Rule 52(a) F.R.Civ.P. The trial judge found against defendant's claims that the parties had orally agreed to modify a contract between them, or alternatively, that the plaintiff is estopped to deny that the contract was modified. Our examination of the record convinces us that the findings are supported by substantial evidence and are not clearly erroneous.

Affirmed.

**UNITED STATES of America, Appellee,**

v.

**Haywood ERWING, Jr., Appellant.**

**No. 23309.**

United States Court of Appeals, Ninth Circuit.

Dec. 17, 1971.

Before CHAMBERS and HAMLEY, Circuit Judges, and GOODWIN, District Judge*.

The motion filed herein on November 22, 1971, to further amend the petition for rehearing, is denied.

The opinion herein 439 F.2d 154, is amended to refer to Michael Kennedy, rather than Dennis J. Roberts, as the attorney authorized to withdraw.

The petition for a panel rehearing is denied.

The suggestion for a rehearing in banc has been submitted to all members of the court in active service and no member has requested a vote on the suggestion. The same is therefore rejected.

---

* Honorable Robert C. Belloni, United States District Judge, District of Oregon, sitting by designation.

* The Honorable Alfred T. Goodwin, United States District Judge for the District of Oregon, sitting by designation.